IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDDIE J. SYKES,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **08-179-JPG-CJP** |
| **A. FEINERMAN, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is a letter from plaintiff in which he complains about the way he is being treated at Pinckneyville Correctional Center. He asks the Court to order the medical and prison staff to give him certain medical treatment, permit him law library sessions, and to stop harassing him. The Court has construed this letter as a Motion for Miscellaneous Relief. **(Doc. 37)**.

This lawsuit concerns alleged deliberate indifference to plaintiff's medical needs while he was incarcerated at Menard Correctional Center. The case is brought pursuant to 42 U.S.C. §1983, against certain individual defendants. Neither the IDOC nor Pinckneyville are defendants.

The fact that plaintiff has a lawsuit pending does not mean that the Court takes over supervision of all aspects of plaintiff's confinement. The Court has no authority to order the relief that plaintiff seeks. If plaintiff believes that the events he describes violate his Constitutional rights, he may bring that claim in another lawsuit, after exhausting his administrative remedies.

1

For the foregoing reasons, plaintiff's Motion for Miscellaneous Relief **(Doc. 37)** is **DENIED.**

**IT IS SO ORDERED.**

**DATED:  July 9, 2009**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
