IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDDIE J. SYKES,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **08-179-JPG-CJP** |
| **A. FEINERMAN, et al.,** | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control.

In this lawsuit, plaintiff claims that defendants were deliberately indifferent to his serious medical need for treatment of an enlarged prostate. This is alleged to have occurred at Menard Correctional Center in 2007 and 2008. The lawsuit was filed in March of 2008. The record reflects that plaintiff was transferred from Menard to Hill Correctional Center on June 25, 2008. **Doc. 14.** He was transferred to Lawrence and then to Pinckneyville, where he remains today. **Docs. 15 & 20.**

The Court outlines these facts because plaintiff has written several letters to the Court describing events which he claims have occurred at various institutions since the filing of the lawsuit. **See, e.g., Docs. 17, 19, 21, 52 & 54.** Plaintiff is hereby informed that he cannot include his complaints about these subsequent events by writing letters to the Court. This lawsuit concerns only those claims set forth in the original complaint. Note that Judge Gilbert has ordered that the claims attempted to be set forth in the "corrected amended complaint" are to be disregarded. **See, Doc. 24, pp. 3-4.** Similarly, the claims attempted to be stated in plaintiff's

1

various letters will also be disregarded.

If plaintiff desires to bring a lawsuit regarding the claims discussed in his letters, he must do so by filing a new lawsuit or lawsuits, after exhausting administrative remedies. Those claims are not part of this case.

**IT IS SO ORDERED.**

**DATED: September 1, 2009.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**
