UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EDDIE J. SYKES,

    Plaintiff,

v.

ADRIAN FEINERMAN, *et al.*,

    Defendants.

Case No. 08-cv-179-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants Donald Hulick, Tracy Harrington, Amy Lang, and Roger Walker, Jr. are dismissed from this matter with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Adrian Feinerman, Linda Daily, Rashida Pollion, Kim Criss, Mikh Magdel, and all unknown parties are dismissed from this matter without prejudice.

**DATED: March 8, 2011**                                                    **NANCY ROSENSTENGEL, CLERK**

                                                                                   **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**